# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143624

_____

In re TD, Minor.

_____

PEOPLE OF THE STATE OF MICHIGAN,
            Petitioner-Appellee,

v

TD,
            Respondent-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143624
COA: 294716
Washtenaw CC Family
Division: 2006-001101-DL

On order of the Court, the application for leave to appeal the May 26, 2011 judgment of the Court of Appeals is considered. We DIRECT the Washtenaw County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

y0319